IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:21-cr-00392-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

(Name), DANIEL STONEBARGER

Defendant.

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

To:    The clerk of court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    DANIEL STONEBARGER

    (party name)

    (party name)

DATED at Denver, Colorado this First day of December, 2021.

    DANIEL R. PERLMAN
Name of Attorney

    DANIEL PERLMAN LAW
Firm Name

    1601 VINE STREET, SUITE 600
Office Address

    LOS ANGELES, CA 90028
City, State, ZIP Code

    310-557-1700
Telephone Number

    daniel@danielperlmanlaw.com
Primary CM/ECF E-mail Address