1  Daniel R Perlman SBN 236278
   1601 Vine Street, Hollywood, CA 90028
2  310-557-1700
   daniel@danielperlmanlaw.com
3
   Attorney for Daniel Stonebarger
4
                    UNITED STATES DISTRICT COURT
5
                        DISTRICT OF COLORADO
6

7
   UNITED STATES OF AMERICA,            )  NO.: 1:21-cr-00392-RM-001
8                                       )
        Plaintiff,                      )  REQUEST AND [PROPOSED] ORDER TO
9                                       )  APPEAR VIA VIDEO (VTS)
        v.                              )
10                                      )
                                        )
   DANIEL STONEBARGER                   )
11                                      )
        Defendant.                      )
12  _____)

13
        Counsel for the defense, Daniel Stonebarger requests the court's leave to appear via video for the
14
   first appearance on December 2, 2021 and until otherwise directed by the court. I am based on Los
15
   Angeles and at least for this first appearance, travel to Denver is not possible. I would secondarily
16
   request this apply to my client, Mr. Stonebarger as well, but due to health concerns rather than
17
   geography. Mr. Stonebarger is undergoing major dental surgery today (12/1/2021) and would be ill
18
   equipped to appear in person tomorrow morning. The United States is aware of the defense intent to
19
   request appearance by video and has not raised any objections.
20

21
        IT IS SO STIPULATED.
22

23
   DATED: December 1, 2021                       Respectfully submitted,
24

25

26                                                DANIEL R. PERLMAN
                                                  Counsel for Defendant Daniel Stonebarger
27

28