Daniel R Perlman SBN 236278
1601 Vine Street, Hollywood, CA 90028
310-557-1700
daniel@danielperlmanlaw.com

Attorney for Daniel Stonebarger

UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO.: 1:21-cr-00392-RM-001 |
| Plaintiff, | ) REQUEST AND [PROPOSED] ORDER TO APPEAR VIA VIDEO (VTS) |
| v. | ) |
| DANIEL STONEBARGER | ) |
| Defendant. | ) |

**PROPOSED ORDER**

Based upon the representations of counsel and for good cause shown, the Court grants the defense request to appear by video on December 2, 2021:

As to

\_\_\_\_ Daniel Perlman, Attorney

\_\_\_\_ Daniel Stonebarger, Defendant

And extending until otherwise directed by the court

As to

\_\_\_\_ Daniel Perlman, Attorney

\_\_\_\_ Daniel Stonebarger, Defendant

Therefore, and with the consent of the parties,

IT IS SO ORDERED.

DATED:_____           _____
                                         HONORABLE NINA Y. WANG
                                         United States Magistrate Judge