1  Daniel R Perlman SBN 236278
   1601 Vine Street, Hollywood, CA 90028
2  310-935-3655
   daniel@danielperlmanlaw.com
3
   Attorney for Daniel Stonebarger
4

5              UNITED STATES DISTRICT COURT
                   DISTRICT OF COLORADO
6

7  UNITED STATES OF AMERICA,        ) NO.: **1:21-cr-00392-RM-001**
                                    )
8        Plaintiff,                 ) STIPULATION AND [PROPOSED] ORDER TO
                                    ) APPEAR VIA VTC FOR CHANGE OF PLEA
9     v.                            )
                                    )
10 DANIEL STONEBARGER                )
                                    )
11       Defendant.                 )
                                    )
12 _____)

13      Counsel for defendant, Daniel Stonebarger stipulates and requests that Defendant and Counsel

14 for Defendant be permitted to appear by video (VTC) for the change of plea date currently set for

15 January 27, 2022. The rapid spread of Coid-19 and its variants have given rise to concern of catching

16 and or spreading the virus by travel and appearing in court in person. On behalf of Mr. Stonebarger and

17 myself, we request the court's approval of this concession for change of plea only.

18

19 While a continuance is often sufficient to allow other health concerns to pass or be resolved, in light of

20 the ongoing pandemic and the uncertainty it presents I believe that my Client would suffer significant

21 harm in relation to his constitutional rights should the matter not proceed as scheduled.

22 Therefore, in the interest of justice I pray that the court approve this appearance by VTC.

23

24      IT IS SO STIPULATED.

25 DATED: January 10, 2022                    Respectfully submitted,

26

27                                            _____
                                              DANIEL R. PERLMAN
28                                            Counsel for Defendant Daniel Stonebarger

Case No. **1:21-cr-00392-RM-001**