Daniel R Perlman SBN 236278
1601 Vine Street, Hollywood, CA 90028
310-935-3655
daniel@danielperlmanlaw.com

Attorney for Daniel Stonebarger

# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.: 1:21-cr-00392-RM-001 |
| | ) | |
| Plaintiff, | ) | REQUEST AND [PROPOSED] ORDER TO |
| | ) | APPEAR VIA VIDEO (VTS) |
| v. | ) | |
| | ) | |
| DANIEL STONEBARGER | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **PROPOSED ORDER**

Based upon the representations of counsel and for good cause shown, the Court grants the

defense request to appear by video on January 27, 2022:

As to

_____ Daniel Perlman, Attorney

_____ Daniel Stonebarger, Defendant

Therefore, and with the consent of the parties,

IT IS SO ORDERED.

DATED:_____

_____
HONORABLE RAYMOND P. MOORE
United States District Judge