DANIEL R. PERLMAN ESQ (SBN 236278)
DANIEL PERLMAN LAW
1601 Vine Street, Suite 600, Hollywood, CA 90028
310-557-1700
daniel@danielperlmanlaw.com

Attorney for DANIEL STONEBARGER

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLORADO

| UNITED STATES OF AMERICA, | Case No.: 1:21-cr-00392-RM-001 |
|---|---|
| Plaintiff, | |
| vs. | EX PARTE APPLICATION TO PERMIT DEFENDANT TO DEPART THE UNITED STATES TEMPORARILY; DECLARATION OF COUNSEL; [PROPOSED] ORDER |
| DANIEL STONEBARGER, | |
| Defendant | |

TO: THE COURT AND CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD;

Defendant, Daniel Stonebarger, by and through his counsel of record Daniel R. Perlman hereby offer this stipulation to allow his travel to Los Algodones, Mexico to complete necessary dental work prior to his incarceration between March 8 and March 11, 2022. The United States Attorney, by and through his representative AUSA Ms. Martha Paluch, do not object so long as the Pre-Trial Services Officer does not object.

1. Defendant Mr. Stonebarger pleaded guilty on January 27, 2022.
2. Sentencing for Defendant Daniel Stonebarger is currently scheduled to take place on April 22, 2022.

3. Defendant is a United State citizen.

4. Defendant is under the continuing care of his doctor who is in mid-process in treating Mr. Stonebarger. The proposed trip would allow his care provider to complete the work in process.

5. As such, with no objection from the United States, we ask this court to sign the attached order allowing the Defendant, Mr. Stonebarger to travel out of the United States between the 8th and 11th of March, 2022.

6. In order to effectuate this temporary departure from the United States, Mr. Stonebarger will need his United States Passport. The government has informed me that, if the Court grants the proposed order, Mr. Stonebarger can pick up the passport in Denver where he previously surrendered it.

7. Defendant will travel as follows:

March 8
American Airline Flight 1404
Departing Denver at 5:40 a.m.
Arriving Phoenix at 7:45 a.m.

American Airlines Flight 5750
Departing Phoenix at 8:26 a.m.
Arriving Yuma at 9:27 a.m.

Crossing the US-Mexico border at Los Algodones and checking into his hotel for three nights.

Defendant will reside at:
California Comfort Suites
21970 Vicente Guerrero
Los Algodones, BCN, Mexico 21970

Defendant's first dental appointment begins at 12pm on March 8, 2022 at:
Cosmetic & Implant Dentistry Center
Dr Jose Valenzuela, DDS
1002 2nd Street Los Algodones, BCN, Mexico 21970

Defendant will complete his appointments and necessary recovery, completing his return to the U.S. and Denver in the reverse on March 11, 2022 as follows:

American Airlines Flight 5750
Departing Yuma at 9:58 a.m.
Arriving Phoenix at 10:55 a.m.

Departing Phoenix at 2:15 p.m.
Arriving Denver at 4:04 p.m.

8. Defendant, if instructed, will check in with the United States Consulate or other representative the same day he arrives.

9. Defendant will submit to the brief, but necessary medical services required and be prepared to return to the US by the reverse process on March 11, 2022.

10. Should any delay or problems arise, Defendant will immediately contact me, Pre-Trial Services and any other contact or representative the court or the United States requests.

11. Upon his return to the US, Defendant will surrender all travel documents that had been supplied to him for purposes of travel and return to the District of Colorado forthwith.

12. By this application, the defense moves without objection by The Government or Pretrial Services that the court to order that The Government make defendant's passport temporarily available to defendant, as described above, and that defendant be permitted to depart as described above.

13. Defendant requests this order based upon facts stated herein and in the attached Declaration of counsel, which counsel for Defendant believes

constitutes unusual and extenuating circumstances warranting good cause for such an order.

14. Defense Counsel believes that failure to grant the request will cause extreme and irreversible physical harm to Mr. Stonebarger.

IT IS SO STIPULATED

_____
DANIEL PERLMAN
Attorney for Defendant Daniel Stonebarger

3/1/22
Date

**DECLARATION OF DANIEL R. PERLMAN IN SUPPORT OF**

**REQUEST FOR ORDER**

I, Daniel R. Perlman, do hereby declare:

1. I am counsel for the defendant Daniel Stonebarger in this matter.

2. The requested order is necessary for the following reasons:

3. Mr. Stonebarger has been cooperative and attempted to aid the government as well as accepted responsibility for his actions.

4. Mr. Stonebarger has already made previous visits to Mexico during the pendency of this case and has without exception returned without issue.

6. Without completing this necessary dental work, Mr. Stonebarger could suffer permanent and debilitating harm.

7. Mr. Stonebarger cannot afford to have these procedures performed by a dentist in the United States and his doctor in Mexico has already completed a significant portion of the work.

7. Mr. Stonebarger has been cooperative throughout this process and has not failed to respond, call or appear at any time.

8. Counsel for the Government, AUSA Martha Paluch, has no objection to the stipulation.

I declare under penalty of perjury under the laws of the State of Colorado that the foregoing is true and correct.

DATED: February 28, 2022

Daniel R. Perlman, Declarant