DANIEL R. PERLMAN ESQ (SBN 236278)
DANIEL PERLMAN LAW
1601 Vine Street, Suite 600, Hollywood, CA 90028
310-557-1700
daniel@danielperlmanlaw.com

Attorney for DANIEL STONEBARGER

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>**DANIEL STONEBARGER**,<br><br>    Defendant | Case No.: 1:21-cr-00392-RM-001<br><br>**[PROPOSED] ORDER TO PERMIT DEFENDANT TO TEMPORARILY VISIT MEXICO** |

TO: THE COURT AND CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD;

<u>ORDER GRANTING DEFENDANT'S MOTION TO TEMPORARILY TRAVEL TO MEXICO</u>

This matter, having come before the court on joint stipulation for Defendant's permission to briefly travel to Mexico for the sole purpose of completing already partially attended to dental care needed before incarceration in this case. Mr. Stonebarger, prior to his plea and surrender of his passport in this case had already made visits to his dentists for these urgent dental procedures related to his overall health.

It appearing upon joint stipulation by the Defense and The United States that good cause has been shown that the request should be granted,

IT IS HEREBY ORDERED that Defendant is granted leave to depart the District of Colorado for his scheduled appointments, departing on March 8, 2022 and returning on March 11, 2022.  The travel already arranged travel schedule is as follows:

Departing March 8, 2022 from Denver at 5:40am to Yuma, AZ via Phoenix, AZ to cross the border at Los Algodones by mid-morning.  Mr. Stonebarger will reside at:

California Comfort Suites
21970 Vicente Guerrero
Los Algodones, BCN, Mexico 21970

And complete his dental work with:
Cosmetic & Implant Dentistry Center
Dr Jose Valenzuela, DDS
1002 2nd Street Los Algodones, BCN, Mexico  21970

As to procedures and recovery, Mr. Stonebarger has been instructed by his doctor to schedule his return on the morning of March 11, 2022, where he will reverse his travel and board a flight from Yuma, AZ at 9:58am.  After connecting again through Phoenix, he will return to Denver at 4:04pm.

It is further ordered that The United States will temporarily return Defendant's United States passport for the purpose of this trip on or before March 7, 2022 and that said document will be re-surrendered on or before March 12, 2022.

      Entered this _____ day of _____, 2022

      By _____
          Honorable Raymond P. Moore
          United States District Judge