IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-000392-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIEL STONEBARGER,

    Defendant.

---

## ORDER
---

Magistrate Judge Nina Y. Wang

    This matter comes before the court on the Ex Parte Application to Permit Defendant to Depart the United States Temporarily; Declaration of Counsel; [Proposed] Order that was filed by Defendant Daniel Stonebarger ("Defendant" or "Mr. Stonebarger") [Doc. 23, filed March 1, 2022] that was referred to this Magistrate Judge pursuant to D.C.Cr.R 57.1 [Doc. 24]. In the Motion, Defendant seeks permission to briefly travel to Mexico for the sole purpose of completing already partially attended to dental care needed before incarceration in this case.

    Pursuant to 18 U.S.C. § 3143, the presiding judge, the Honorable Raymond P. Moore released Mr. Stonebarger after his guilty plea and prior to his sentencing, currently scheduled for April 22, 2022. [Doc. 19]. In doing so, Judge Moore implicitly found that Defendant has established by clear and convincing evidence that Defendant is not likely to flee or pose a danger to the safety of any other person or the community. This court further notes that it has confirmed that the Government does not object to the relief sought herein.

    Accordingly, **IT IS HEREBY ORDERED** that:

(1)    The Ex Parte Application to Permit Defendant to Depart the United States Temporarily; Declaration of Counsel; [Proposed] Order that was filed by Defendant Daniel Stonebarger [Doc. 23] is **GRANTED**;

(2)    Defendant is granted **LEAVE TO DEPART** the District of Colorado for his scheduled appointments, departing on March 8, 2022 and returning on March 11, 2022;

(3) Defendant will **TRAVEL** pursuant to his already arranged travel itinerary is as follows:

Departing **March 8, 2022** from Denver at 5:40am to Yuma, AZ via Phoenix, AZ to cross the border at Los Algodones by mid-morning;

Mr. Stonebarger will reside at:
California Comfort Suites 21970 Vicente Guerrero
Los Algodones, BCN, Mexico 21970;

Defendant's dental work will be COMPLETED with:
Cosmetic & Implant Dentistry Center
Dr Jose Valenzuela, DDS
5 1002 2nd Street Los Algodones, BCN, Mexico 21970

Returning on the morning of **March 11, 2022**, where he will reverse his travel and board a flight from Yuma, AZ at 9:58am, with a connection through Phoenix, arriving Denver at 4:04 p.m.

(4) The Clerk of the Court is **DIRECTED** to **MAKE AVAILABLE FOR PICK-UP** Defendant's United States passport for the **SOLE** purpose of this trip on or before March 7, 2022;

(5) Defendant will **RE-SURRENDERED** his passport and any other international travel document on or before March 12, 2022; and

(6) All other conditions of Defendant's release [Doc. 13] **REMAIN SET**.

**Defendant is advised that failure to abide by the terms of this Order and his permission to travel may result in an immediate issuance of a warrant for his arrest, revocation of his release, an order of detention, forfeiture of any bond, and a prosecution for contempt of court and court result in imprisonment, a fine, or both**.

DATED: March 3, 2022                    BY THE COURT:

                                        Nina Y. Wang
                                        United States Magistrate Judge