PS 41
(7/93)

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 04 2022

JEFFREY P. COLWELL
CLERK

**UNITED STATES PRETRIAL SERVICES OFFICE**

**PASSPORT RECEIPT**

NAME Stonebarger, Daniel David          PASSPORT NUMBER 544929193

DATE REC'D _____          COUNTRY OF ORIGIN USA

                                        EXPIRATION DATE 5 Jul 2026

DEFENDANT'S SIGNATURE _____          OFFICER'S SIGNATURE _____

DATE RETURNED 3/7/2022          REC'D BY Daniel D Stonebarger

                                REC'D FROM J. Salzman

PURPOSE RETURNED Per Order #25 - Travel

ADDRESS (if mailed)

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 15 2022

JEFFREY P. COLWELL
CLERK

RETURNED TO CLERK'S OFFICE 3/15/21

JESSE TORRES, DEPUTY CLERK

Daniel D Stonebarger
DEFENDANT