IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00392-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DANIEL STONEBARGER,

        Defendant.

---

**ENTRY OF APPEARANCE OF FORFEITURE COUNSEL**

---

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED at Denver, Colorado this 22nd day of March 2022.

        COLE FINEGAN
        United States Attorney

        <u>s/ *Tonya S. Andrews*</u>
        Tonya S. Andrews
        Assistant United States Attorney
        United States Attorney's Office
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Telephone: 303-454-0100
        Fax: 303-454-0405
        Email: tonya.andrews@usdoj.gov

**CERTIFICATE OF SERVICE**

   I hereby certify that on this 22nd day of March 2022, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

                s/ Sheri Gidan
                FSA Records Examiner
                Office of the U.S. Attorney