IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00392-RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

DANIEL STONEBARGER,

       Defendant.

_____

**PRELIMINARY ORDER OF FORFEITURE FOR A PERSONAL MONEY JUDGMENT AND SPECIFIC ASSETS AGAINST DEFENDANT DANIEL STONEBARGER**

_____

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture for a Personal Money Judgment and Specific Assets against defendant Daniel Stonebarger pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure.  The Court having read said Motion and being fully advised in the premises finds:

THAT on November 18, 2021, the United States charged defendant Daniel Stonebarger by Information in Count One with violation of Title 18, United States Code, Section 1343.  The Information also sought forfeiture of the following assets pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c): 1) $548,861.29 in fraud proceeds from the defendant's bank account ending in 6774, account title Finish Armor, LLC, Civil Case No. 21-mc-00138-SKC; 2) a 2016 Land Rover Range Rover VIN: SALWR2EFXGA577611 seized in Civil Case No.

1

21-mc-00142-SKC; and (3) a money judgment in the amount of the proceeds obtained by the defendant's scheme; and

THAT on January 27, 2022, the United States and defendant Daniel Stonebarger entered into a Plea Agreement, which provided that defendant would plead guilty to Count One of the Information. It also contained a factual basis and cause to issue a Preliminary Order of Forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Rule 32.2(b) of the Federal Rules of Criminal Procedure.

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT a Preliminary Order of Forfeiture for a Personal Money Judgment against defendant Daniel Stonebarger in the amount of $334,533.21, shall be entered in accordance with Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c);

THAT defendant's interest in the $548,861.29 in fraud proceeds from the defendant's bank account ending in 6774, account title Finish Armor, LLC, and the 2016 Land Rover Range Rover, VIN: SALWR2EFXGA577611, are subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), based on the commission of the offense set forth in Count 1;

THAT Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Forfeiture Money Judgment shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment; and

THAT this Preliminary Order of Forfeiture may be amended pursuant to the

Federal Rules of Criminal Procedure, Rule 32.2(e)(1).


SO ORDERED this _____ day of _____2022.

BY THE COURT:


_____
Raymond P. Moore
United States District Judge