Daniel R Perlman SBN 236278
1601 Vine Street, Suite 600 Hollywood, CA 90028
310-557-1700
daniel@danielperlmanlaw.com

Attorney for Daniel Stonebarger

UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

DENVER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.: 1:21-cr-00392-RM |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING DATE |
| v. | |
| DANIEL STONEBARGER | |
| Defendant. | |

Counsel for the defense, Daniel Stonebarger stipulates and requests that the sentencing date currently set for April 22, 2022, be continued to May 11, 12, or 13, 2022. Recent communication with The Government regarding the pre-sentence report has illuminated some factors that need to be addressed, which are hampered by my personal travel and court schedule in April. As such, we request this brief continuance so as not to negatively impact Mr. Stonebarger's rights. No further delays are anticipated. The United States by and through AUSA Martha Paluch does not oppose this defense request.

IT IS SO STIPULATED.

DATED: March 30, 2022

Respectfully submitted,

DANIEL R. PERLMAN
Counsel for Defendant Daniel Stonebarger