IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  21-cr-00392-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIEL STONEBARGER,

    Defendant.

---

**GOVERNMENT'S MOTION TO GRANT THE DEFENDANT AN ADDITIONAL
ONE-LEVEL DECREASE PURSUANT TO U.S.S.G § 3E1.1(b)**

---

    The United States of America respectfully moves for an additional one-level reduction in defendant Daniel Stonebarger's offense level pursuant to Section 3E1.1(b) of the United States Sentencing Guidelines.  Defendant's agreement to plead guilty and

//

//

//

//

1

timely notice thereof permitted the government to avoid preparing for trial and permitted both the government and the Court to allocate their resources more efficiently.

    Respectfully submitted,

    COLE FINEGAN
    United States Attorney

    By: *s/ Martha A. Paluch*
    Martha A. Paluch
    By: *s/ Sarah H. Weiss*
    Sarah H. Weiss
    Assistant United States Attorneys
    United States Attorney's Office
    1801 California Street, Suite 1600
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    Fax: (303) 454-0409
    E-mail: Martha.Paluch@usdoj.gov
    E-mail: sarah.weiss@usdoj.gov
    Attorneys for the United States

**CERTIFICATE OF SERVICE (CM/ECF)**

   I hereby certify that on April 1, 2022, I electronically filed the foregoing with the Clerk of Court using the ECF system that will send notification of such filing to all parties of record.

               <u>/s *Martha A. Paluch*</u>
               Martha A. Paluch
               Sarah H. Weiss
               Assistant United States Attorneys
               United States Attorney's Office
               1801 California Street, Suite 1600
               Denver, Colorado 80202
               Telephone: (303) 454-0100
               E-mail: <u>Martha.paluch@usdoj.gov</u>
               <u>Sarah.weiss@usdoj.gov</u>