Daniel R Perlman SBN 236278
1601 Vine Street, Hollywood, CA 90028
310-557-1700
daniel@danielperlmanlaw.com

Attorney for Daniel Stonebarger

UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

DENVER DIVISION

| UNITED STATES OF AMERICA, | ) NO.: 1:21-cr-00392-RM |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING DATE |
| v. | ) |
| DANIEL STONEBARGER | ) |
| Defendant. | ) |

Counsel for the defense, Daniel Stonebarger stipulates and requests that the sentencing date currently set for May 26, 2022, be continued to June 6, 2022 or other date convenient to the Court and the Government. Due to communication difficulties amongst the defense which have now been resolved, the defense requires additional time to properly prepare and file it's sentencing memorandum and other documents. No further delays are anticipated. The United States by and through AUSA Martha Paluch object to this defense request for a continuance. In the alternative, the defense requests an additional week to file its sentencing memorandum and request for variance/departure to May 19, 2022. The United States, by and through Martha Paluch do not object to this request.

IT IS SO STIPULATED.

DATED: May 12, 2022                                             Respectfully submitted,

                                                                DANIEL R. PERLMAN
                                                                Counsel for Defendant Daniel Stonebarger