Daniel R Perlman SBN 236278
1601 Vine Street, Hollywood, CA 90028
310-557-1700
daniel@danielperlmanlaw.com

Attorney for Daniel Stonebarger

UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

DENVER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.: 1:21-cr-00392-RM |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING DATE |
| v. | |
| DANIEL STONEBARGER | |
| Defendant. | |

**PROPOSED ORDER**

Based upon the representations of counsel and for good cause shown, the Court:

____ grants the defense request for a continuance over the objection of the Government to allow defense counsel and the defendant the time necessary to prepare for sentencing, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv). Therefore, and with the consent of the defense,

____ grants the defense request to file its sentencing memorandum and related documents beyond the proscribed time limits until May 19, 2022 taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv). Therefore, and with the consent of the defense and the United States,

IT IS SO ORDERED.

DATED:_____

_____
HONORABLE **Raymond P. Moore**
United States District Judge