IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 21-cr-00392-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    DANIEL STONEBARGER,

    Defendant.

---

### GOVERNMENT'S RESPONSE TO COURT ORDER
### REGARDING DEFENDANT'S CONTACT WITH LENDER 2 [Dkt. 43]

---

On Friday, May 20, 2022, the Court directed the government to file "a brief statement with the Court advising as to the date and means of communication by which 'Lender 2 requested additional documentation to verify the applications ….'" [Dkt. 43 (quoting Dkt. 34 (Government's Objections) at 5).] The government now responds as follows:

As detailed in the Plea Agreement, the defendant submitted two unsuccessful PPP applications to Lender 2 on and around June 4 and 5, 2020, purportedly in support of his business Finish Armor, LLC. [Dkt. 20 at 12.] The information he provided regarding the business' establishment date, annual revenue, monthly payroll costs, and number of employees was not consistent between the two applications. [*Id*.] Moreover both applications inflated this information substantially. [*Id*.] In response, "Lender 2 requested

additional documentation to verify the applications, which the defendant did not provide." [*Id*.] The loan applications were denied.

In response to the Court's Order, the government has re-reviewed the documentation provided by Lender 2 in relation to the defendant's unsuccessful PPP applications.[1] As explained by counsel for Lender 2, "[I]nitial intake information is stored by the Bank in the form of an entry in the Bank's Salesforce system."[2] Lender 2 provided two Salesforce documents detailing the history of each of the unsuccessful PPP loans. [ZB_00000004-00000008; ZB_00000009-00000013.]

As pertinent to the Court's request, the first Salesforce document indicates a note modified by Lender 2's employee, M.H., under a line for "PPP Payroll support" that "Client didn't upload any payroll documents, have requested." [*See* ZB_00000008.] The note is undated, but the document indicates that the loan "opportunit[y]" was created on June 4, 2020 and closed on June 11, 2020. [*Id*.] The same document also indicates that another employee of Lender 2, S.A., was associated with handling the loan application. [*Id*.]

The second Salesforce document indicates that the second PPP application was handled by S.A. [*See* ZB_00000013.] It indicates the loan opportunity was created on June 5, 2020, and closed on June 12, 2020.[3] [*Id*.] Apart from stating the "stage" of the

---

[1] The documents referenced herein are referred to by Bates number and attached as a single exhibit to this filing.
[2] Salesforce is a third party cloud-based software provider that provides customer relationship management software and applications to its clients.
[3] A note in the same document indicates the file was last modified by another employee of Lender 2, J.S., on June 24, 2020.

application as "Closed Lost," there is no further notation to indicate contact with the defendant or the reasoning for the denial. [*Id*.]

In addition to these documents, email documentation indicates that, on or around July 8, 2022, the applications were flagged as potentially fraudulent and referred to Lender 2's compliance department. [*See* ZB_00000057-00000060.] The referral was made by M.H., who holds the title of "Business Development Officer." Along with basic information regarding the defendant's personal, business, and contact information, M.H. provided the following notes:

- "Physical_Description1: Unknown – all communication has been done via email or phone."[4]  [*See* ZB_00000058.]

- "Description_of_Unusual_Activity: Applicant of PPP loan (2 applications) requesting $817,978 in PPP funds and to set up new deposit account. Suspect stated he opened in 12/2019 but SOS registration is 4/2020 and is reporting annual revenues of $8,000,000. The business address is a UPS store and the personal residence is owned by another individual and does not indicate it's a rental property. Suspect's claims of business need for PPP and busines[s] history indicate ineligibility and attempted fraud." [*See* ZB_00000060.]

M.H. also responded "Yes," to the form's line for "Corrobative_Statement," and provided the following note:

- "Corroborative_Statement_Explain: Account officer requested utility statements and lease agreements to support personal and business addresses. Suspect has also refused to provide additional details supporting business revenue and PPP documentation, stating on 7/8 that he will try and move the application through a different application source." [*See id.*]

---

[4]  M.H. also listed the defendant's personal address in this note.

The document does not provide additional detail on the precise date and means of Lender 2's communications with the defendant.

On May 23, 2022, FBI Special Agent John Maglosky contacted M.H. by phone to inquire whether any further information was available regarding "the date and means of communication by which 'Lender 2 requested additional documentation to verify the applications.'" M.H. advised that all communication with the defendant would have been either by email or phone, but she had no independent recollection regarding specific details about these applications.

Dated this 23rd day of May, 2022.

        Respectfully submitted,

        COLE FINEGAN
        United States Attorney

By:  *s/ Sarah H. Weiss*
      SARAH H. WEISS
      MARTHA A. PALUCH
      Assistant United States Attorneys
      1801 California Street, Suite 1600
      Denver, Colorado 80202
      Tel: (303) 454-0100
      Fax: (303) 454-0409
      sarah.weiss@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2022, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to counsel of record.

                                        *s/ Sarah H. Weiss*
                                        Sarah H. Weiss
                                        Martha A. Paluch
                                        Assistant United States Attorneys
                                        United States Attorney's Office