


- Close Window
- Print This Page
- Expand All | Collapse All

# Finish Armor, LLC

## Fields

| Field | Value | Field | Value |
|---|---|---|---|
| Record Locked (DocuSign Sent) | | Owner 1 Fields Winner | Business |
| Payment Amount | $36,580.03 | Owner 1 Individual Field Fill Count | 0 |
| Owner 1 Winner % Owned | 100% | Owner 1 Business Field Fill Count | 6 |
| Owner 1 Winner City | Highlands Ranch | Owner 1 Winner State | CO |
| Owner 1 Winner State | Colorado | | |
| Owner 1 Winner Street | 9457 S University Blvd | | |
| Owner 1 Winner Zip | 80126 | | |
| Owner 1 Winner TaxID | [redacted] | | |
| BusinessZip5Digit | 80126 | | |
| ETran Loan Name | Finish Armor, LLC SBA PPP Loan | | |
| Loan Disbursement Date | | | |

## Loan Eligibility

| Field | Value | Field | Value |
|---|---|---|---|
| Are you a current bank customer? | Yes | Operating State | Colorado |
| Operating Prior to Feb 15 2020 | Yes | Number of Jobs | 48 |
| Accommodation Or Food Sector Business | | Does the business employ more than 500 | |
| Loan Amount Greater than Payroll Amount | | | |

## SBA Loan Application-Business Information

| Field | Value | Field | Value |
|---|---|---|---|
| Business Type | LLC | Business Legal Name | Finish Armor, LLC |
| Doing Business As Name (if applicable) | | Business TIN | |
| Business Street | 9457 S University Blvd | Industry NAICS Code | 325510 |
| Business City | Highlands Ranch | Date Business Established | 12/31/2019 |
| State | Colorado | | |
| Business Zip | 80126 | | |
| Business Country | USA | | |
| Loan Purpose(s) | Payroll; Lease / Mortgage Interest; Utilities | Other Loan Purpose | |
| Annual Revenue of the business | $12,984,142 | | |
| Applicant associated w Financial Inst | No | | |
| SBA Franchise Directory | N/A | Franchise name | |
| Owners Federally Suspended | No | Owners Delinquent | No |
| Owners Manage Affiliates | No | Received Disaster Loan | No |

| | | | |
|---|---|---|---|
| Subject to Indictment | No | Crime Against Minor | No |
| Employee Residence Question | Yes | | |

## Authorized Signer Info

| | | | |
|---|---|---|---|
| Authorized Signer: First Name | Daniel | SSN | 4230 |
| Authorized Signer: Last Name | Stonebarger | Date of Birth | 4/ 72 |
| Role in the Business | Individual | Authorized Signer: Email | |
| Agent Prepared | No | Mobile Phone | |
| Name of Agent (if applicable) | | Business Phone | |

## Loan Request Amount

| | | | |
|---|---|---|---|
| Refinancing EIDL | No | Net EIDL Loan Amount | |
| Monthly Payroll Costs | $267,495.00 | Loan Amount | $650,000 |

## Owner 1

| | | | |
|---|---|---|---|
| Owner 1 Ownership Type | Business | Owner 1 % Owned | 100% |
| | | Owner 1 Legal Business Name | Finish Armor, LLC |
| Owner 1 First Name | | Owner 1 Business Type | LLC |
| Owner 1 Last Name | | Owner 1 Date Business Established | 8/1/2019 |
| Owner 1 Title | | Owner 1 Business TIN/SSN | |
| Owner 1 SSN | | Owner 1 State of Business Organization | Colorado |
| Owner 1 U.S Citizen or permanent residen | | Owner 1 Business Street | 9457 S University Blvd |
| Owner 1 Street | | Owner 1 Business City | Highlands Ranch |
| Owner 1 City | | Owner 1 Business State | Colorado |
| Owner 1 State | | Owner 1 Business Zip code | 80126 |
| Owner 1 Zip code | | Owner 1 Business Country | USA |
| Owner 1 Country | | Owner 1 Authorized Signer First Name | Daniel |
| Owner 1 % Owned | | Owner 1 Authorized Signer Last Name | Stonebarger |
| | | Owner 1 Role in Business | Individual |
| | | Owner 1 Signer SSN | 4230 |
| | | Owner 1 Date of Birth | |

## Owner 2

| | | | |
|---|---|---|---|
| Owner 2 Ownership Type | | Owner 2 % Owned | |
| Owner 2 First Name | | Owner 2 Legal Business Name | |
| Owner 2 Last Name | | Owner 2 Business Type | |
| Owner 2 Title | | Owner 2 Date Business Established | |
| Owner 2 SSN | | Owner 2 Business TIN/SSN | |

Owner 2 U.S Citizen or permanent residen

Owner 2 State of Business Organization

Owner 2 Street

Owner 2 Business Street

Owner 2 City

Owner 2 Business City

Owner 2 State

Owner 2 Business State

Owner 2 zip code

Owner 2 Business Zip code

Owner 2 Country

Owner 2 Business Country

Owner 2 % Owned

Owner 2 Authorized Signer First Name

Owner 2 Authorized Signer Last Name

Owner 2 Role in Business

Owner 2 Signer SSN

Owner 2 Date of Birth

## Owner 3

Owner 3 Ownership Type

Owner 3 % Owned

Owner 3 First Name

Owner 3 Legal Business Name

Owner 3 Last Name

Owner 3 Business Type

Owner 3 Title

Owner 3 Date Business Established

Owner 3 SSN

Owner 3 Business TIN/SSN

Owner 3 U.S Citizen or permanent residen

Owner 3 State of Business Organization

Owner 3 Street

Owner 3 Business Street

Owner 3 City

Owner 3 Business City

Owner 3 State

Owner 3 Business State

Owner 3 Zip code

Owner 3 Business Zip code

Owner 3 Country

Owner 3 Business Country

Owner 3 % Owned

Owner 3 Authorized Signer First Name

Owner 3 Authorized Signer Last Name

Owner 3 Role in Business

Owner 3 Signer SSN

Owner 3 Date of Birth

## Owner 4

Owner 4 Ownership Type

Owner 4 % Owned

Owner 4 First Name

Owner 4 Legal Business Name

Owner 4 Last Name

Owner 4 Business Type

Owner 4 Title

Owner 4 Date Business Established

Owner 4 SSN

Owner 4 Business TIN/SSN

Owner 4 U.S Citizen or

Owner 4 State of

| | | | |
|---|---|---|---|
| permanent residen | | Business Organization | |
| Owner 4 Street | | Owner 4 Business Street | |
| Owner 4 City | | Owner 4 Business City | |
| Owner 4 State | | Owner 4 Business State | |
| Owner 4 Zip code | | Owner 4 Business Zip code | |
| Owner 4 Country | | Owner 4 Business Country | |
| Owner 4 % Owned | | Owner 4 Authorized Signer First Name | |
| | | Owner 4 Authorized Signer Last Name | |
| | | Owner 4 Role in Business | |
| | | Owner 4 Signer SSN | |
| | | Owner 4 Date of Birth | |

### Owner 5

| | | | |
|---|---|---|---|
| Owner 5 Ownership Type | | Owner 5 % Owned | |
| Owner 5 First Name | | Owner 5 Legal Business Name | |
| Owner 5 Last Name | | Owner 5 Business Type | |
| Owner 5 Title | | Owner 5 Date Business Established | |
| Owner 5 SSN | | Owner 5 Business TIN/SSN | |
| Owner 5 U.S Citizen or permanent reside | | Owner 5 State of Business Organization | |
| Owner 5 Street | | Owner 5 Business Street | |
| Owner 5 City | | Owner 5 Business City | |
| Owner 5 State | | Owner 5 Business State | |
| Owner 5 Zip code | | Owner 5 Business Zip code | |
| Owner 5 Country | | Owner 5 Business Country | |
| Owner 5 % Owned | | Owner 5 Authorized Signer First Name | |
| | | Owner 5 Authorized Signer Last Name | |
| | | Owner 5 Role in Business | |
| | | Owner 5 Signer SSN | |
| | | Owner 5 Date of Birth | |

### Funding

| | | | |
|---|---|---|---|
| **Funding Account Type** | DDA | **Funding Account #** | 5798597356 |
| **Credit Lead Transaction ID** | | **Funding Account Routing #** | |
| **SBA Loan Number** | | **Loan Identification Number** | |

### System Information

| | | | |
|---|---|---|---|
| **SBA Loan Application Name** | Finish Armor, LLC | **Application Complete** | ☐ |
| **Opportunity Link** | ✓ | **Ready for Automation** | ☐ |

| | | | |
|---|---|---|---|
| Opportunity | Finish Armor, LLC | Ready for Automation Queue | ☐ |
| Opportunity Owner Name | M H | Ready for Funding | ☐ |
| Opportunity Owner Id | 00580000008elRI | Funded | ☐ |
| Affiliate | VBC | Automation Feedback | |
| Created By | Daniel Stonebarger, 6/4/2020 9:52 AM | Automation Feedback Detail | |
| Last Modified By | J S , 6/24/2020 6:26 AM | Owner | Daniel Stonebarger |
| Hidden | ☐ | Business Legal Name Changed | ☐ |
| Allow Retro Docusign | ☐ | Application Contact | Daniel Stonebarger |
| Primary Officer | | | |

## Notes & Attachments

### PPP Payroll support

| | |
|---|---|
| Type | **Note** |
| Last Modified | **M H** |
| Description | **Client didn't upload any payroll documents, have requested.** |

## SBA Loan Application History

### 6/6/2020 10:48 AM

| | |
|---|---|
| User | **M H** |
| Connection | |
| Action | **Changed Funding Account # to 5798597356.** |

### 6/4/2020 10:25 AM

| | |
|---|---|
| User | **ETO Data Loader** |
| Connection | |
| Action | **Changed Opportunity to Finish Armor, LLC.** |

### 6/4/2020 10:21 AM

| | |
|---|---|
| User | **Daniel Stonebarger** |
| Connection | |
| Action | **Changed Business Legal Name to Finish Armor, LLC.** |

### 6/4/2020 9:52 AM

| | |
|---|---|
| User | **Daniel Stonebarger** |
| Connection | |
| Action | **Created.** |

## Opportunities

### Finish Armor, LLC

| | |
|---|---|
| Stage | **Closed Lost** |
| Close Date | **6/11/2020** |
| Created Date | **6/4/2020** |
| Owner Full Name | **M H** |
| Other Team Member | **S A** |
| SBA Linked | ✓ |

Copyright © 2000-2020 salesforce.com, inc. All rights reserved.



- Close Window
- Print This Page
- Expand All | Collapse All

## Finish Armor, LLC

### Fields

| | | | |
|---|---|---|---|
| Record Locked (DocuSign Sent) | ☐ | Owner 1 Fields Winner | Business |
| Payment Amount | $46,033.34 | Owner 1 Individual Field Fill Count | 0 |
| Owner 1 Winner % Owned | 100% | Owner 1 Business Field Fill Count | 6 |
| Owner 1 Winner City | Highlands Ranch | Owner 1 Winner State | CO |
| Owner 1 Winner State | Colorado | | |
| Owner 1 Winner Street | 9459 S University Blvd, Suite # 807 | | |
| Owner 1 Winner Zip | 80126 | | |
| Owner 1 Winner TaxID | | | |
| BusinessZip5Digit | 80126 | | |
| ETran Loan Name | Finish Armor, LLC SBA PPP Loan | | |
| Loan Disbursement Date | | | |

### Loan Eligibility

| | | | |
|---|---|---|---|
| Are you a current bank customer? | Yes | Operating State | Colorado |
| Operating Prior to Feb 15 2020 | Yes | Number of Jobs | 26 |
| Accommodation Or Food Sector Business | | Does the business employ more than 500 | |
| Loan Amount Greater than Payroll Amount | ✓ | | |

### SBA Loan Application-Business Information

| | | | |
|---|---|---|---|
| Business Type | LLC | Business Legal Name | Finish Armor, LLC |
| Doing Business As Name (if applicable) | | Business TIN | |
| Business Street | 9459 S University Blvd | Industry NAICS Code | 325510 |
| Business City | Highlands ranch | Date Business Established | 12/31/2019 |
| State | Colorado | | |
| Business Zip | 80126 | | |
| Business Country | USA | | |
| Loan Purpose(s) | Payroll; Lease / Mortgage Interest; Utilities | Other Loan Purpose | |
| Annual Revenue of the business | $8,000,000 | | |
| Applicant associated w Financial Inst | No | | |
| SBA Franchise Directory | N/A | Franchise name | |
| Owners Federally Suspended | No | Owners Delinquent | No |
| Owners Manage Affiliates | No | Received Disaster Loan | No |

| | | | |
|---|---|---|---|
| Subject to Indictment | No | Crime Against Minor | No |
| Employee Residence Question | Yes | | |

**Authorized Signer Info**

| | | | |
|---|---|---|---|
| Authorized Signer: First Name | Daniel | SSN | 4230 |
| Authorized Signer: Last Name | Stonebarger | Date of Birth | 4, 72 |
| Role in the Business | Officer | Authorized Signer: Email | |
| Agent Prepared | No | Mobile Phone | |
| Name of Agent (if applicable) | | Business Phone | |

**Loan Request Amount**

| | | | |
|---|---|---|---|
| Refinancing EIDL | No | Net EIDL Loan Amount | |
| Monthly Payroll Costs | $327,191.31 | Loan Amount | $817,978 |

**Owner 1**

| | | | |
|---|---|---|---|
| Owner 1 Ownership Type | Business | Owner 1 % Owned | 100% |
| | | Owner 1 Legal Business Name | Finish Armor |
| Owner 1 First Name | | Owner 1 Business Type | LLC |
| Owner 1 Last Name | | Owner 1 Date Business Established | 12/31/2019 |
| Owner 1 Title | | Owner 1 Business TIN/SSN | |
| Owner 1 SSN | | Owner 1 State of Business Organization | Colorado |
| Owner 1 U.S Citizen or permanent residen | | Owner 1 Business Street | 9459 S University Blvd, Suite # 807 |
| Owner 1 Street | | Owner 1 Business City | Highlands Ranch |
| Owner 1 City | | Owner 1 Business State | Colorado |
| Owner 1 State | | Owner 1 Business Zip code | 80126 |
| Owner 1 Zip code | | Owner 1 Business Country | USA |
| Owner 1 Country | | Owner 1 Authorized Signer First Name | Daniel |
| Owner 1 % Owned | | Owner 1 Authorized Signer Last Name | Stonebarger |
| | | Owner 1 Role in Business | Officer |
| | | Owner 1 Signer SSN | 4230 |
| | | Owner 1 Date of Birth | |

**Owner 2**

| | | | |
|---|---|---|---|
| Owner 2 Ownership Type | | Owner 2 % Owned | |
| Owner 2 First Name | | Owner 2 Legal Business Name | |
| Owner 2 Last Name | | Owner 2 Business Type | |
| Owner 2 Title | | Owner 2 Date Business Established | |
| Owner 2 SSN | | Owner 2 Business TIN/SSN | |

Owner 2 U.S Citizen or permanent residen

Owner 2 State of Business Organization

Owner 2 Street

Owner 2 Business Street

Owner 2 City

Owner 2 Business City

Owner 2 State

Owner 2 Business State

Owner 2 zip code

Owner 2 Business Zip code

Owner 2 Country

Owner 2 Business Country

Owner 2 % Owned

Owner 2 Authorized Signer First Name

Owner 2 Authorized Signer Last Name

Owner 2 Role in Business

Owner 2 Signer SSN

Owner 2 Date of Birth

**Owner 3**

Owner 3 Ownership Type

Owner 3 % Owned

Owner 3 First Name

Owner 3 Legal Business Name

Owner 3 Last Name

Owner 3 Business Type

Owner 3 Title

Owner 3 Date Business Established

Owner 3 SSN

Owner 3 Business TIN/SSN

Owner 3 U.S Citizen or permanent residen

Owner 3 State of Business Organization

Owner 3 Street

Owner 3 Business Street

Owner 3 City

Owner 3 Business City

Owner 3 State

Owner 3 Business State

Owner 3 Zip code

Owner 3 Business Zip code

Owner 3 Country

Owner 3 Business Country

Owner 3 % Owned

Owner 3 Authorized Signer First Name

Owner 3 Authorized Signer Last Name

Owner 3 Role in Business

Owner 3 Signer SSN

Owner 3 Date of Birth

**Owner 4**

Owner 4 Ownership Type

Owner 4 % Owned

Owner 4 First Name

Owner 4 Legal Business Name

Owner 4 Last Name

Owner 4 Business Type

Owner 4 Title

Owner 4 Date Business Established

Owner 4 SSN

Owner 4 Business TIN/SSN

Owner 4 U.S Citizen or

Owner 4 State of

| | | | |
|---|---|---|---|
| permanent residen | | Business Organization | |
| Owner 4 Street | | Owner 4 Business Street | |
| Owner 4 City | | Owner 4 Business City | |
| Owner 4 State | | Owner 4 Business State | |
| Owner 4 Zip code | | Owner 4 Business Zip code | |
| Owner 4 Country | | Owner 4 Business Country | |
| Owner 4 % Owned | | Owner 4 Authorized Signer First Name | |
| | | Owner 4 Authorized Signer Last Name | |
| | | Owner 4 Role in Business | |
| | | Owner 4 Signer SSN | |
| | | Owner 4 Date of Birth | |

**Owner 5**

| | | | |
|---|---|---|---|
| Owner 5 Ownership Type | | Owner 5 % Owned | |
| Owner 5 First Name | | Owner 5 Legal Business Name | |
| Owner 5 Last Name | | Owner 5 Business Type | |
| Owner 5 Title | | Owner 5 Date Business Established | |
| Owner 5 SSN | | Owner 5 Business TIN/SSN | |
| Owner 5 U.S Citizen or permanent reside | | Owner 5 State of Business Organization | |
| Owner 5 Street | | Owner 5 Business Street | |
| Owner 5 City | | Owner 5 Business City | |
| Owner 5 State | | Owner 5 Business State | |
| Owner 5 Zip code | | Owner 5 Business Zip code | |
| Owner 5 Country | | Owner 5 Business Country | |
| Owner 5 % Owned | | Owner 5 Authorized Signer First Name | |
| | | Owner 5 Authorized Signer Last Name | |
| | | Owner 5 Role in Business | |
| | | Owner 5 Signer SSN | |
| | | Owner 5 Date of Birth | |

**Funding**

| | | | |
|---|---|---|---|
| Funding Account Type | | Funding Account # | |
| Credit Lead Transaction ID | | Funding Account Routing # | |
| SBA Loan Number | | Loan Identification Number | |

**System Information**

| | | | |
|---|---|---|---|
| SBA Loan Application Name | Finish Armor, LLC | Application Complete | ✓ |
| Opportunity Link | ✓ | Ready for Automation | ☐ |

| | | | |
|---|---|---|---|
| Opportunity | Finish Armor, LLC | Ready for Automation Queue | |
| Opportunity Owner Name | S A | Ready for Funding | |
| Opportunity Owner Id | 0058000000FE7gb | Funded | |
| Affiliate | VBC | Automation Feedback | |
| Created By | Daniel Stonebarger, 6/5/2020 12:12 PM | Automation Feedback Detail | |
| Last Modified By | S , 6/24/2020 6:30 AM | Owner | Daniel Stonebarger |
| Hidden | | Business Legal Name Changed | |
| Allow Retro Docusign | | Application Contact | Daniel Stonebarger |
| Primary Officer | | | |

## Notes & Attachments

**Payroll Protection Summary - Finish Armor**

Type **File**
Last Modified **Daniel Stonebarger**
Description
**Download**

**Payroll Protection Summary - Finish Armor**

Type **File**
Last Modified **Daniel Stonebarger**
Description
**Download**

## SBA Loan Application History

**6/5/2020 12:27 PM**

User **Daniel Stonebarger**
Connection
Action **Changed Application Complete from false to true.**

**6/5/2020 12:17 PM**

User **ETO Data Loader**
Connection
Action **Changed Opportunity to Finish Armor, LLC.**

**6/5/2020 12:15 PM**

User **Daniel Stonebarger**
Connection
Action **Changed Business Legal Name to Finish Armor, LLC.**

**6/5/2020 12:12 PM**

User **Daniel Stonebarger**
Connection
Action **Created.**

## Opportunities

**Finish Armor, LLC**

Stage **Closed Lost**
Close Date **6/12/2020**
Created Date **6/5/2020**
Owner Full Name **S A**
Other Team Member
SBA Linked ✓

Copyright © 2000-2020 salesforce.com, inc. All rights reserved.

**From:** Group
**Sent:** Thursday, July 9, 2020 5:14 AM
**To:** ES Fraud Cases
**Subject:** FW: Finish Armor, LLC Daniel D Stonebarger VBC

**Categories:** July 28,

—

BSA/AML Compliance Manager, AVP
Financial Intelligence Unit (FIU)
Conduct, Security & Financial Crimes Risk Management
|
☎ | (Office)

ZIONS BANCORPORATION
ENTERPRISE RISK MANAGEMENT




**From:** no-reply@zionsbancorp.com <no-reply@zionsbancorp.com>
**Sent:** Wednesday, July 8, 2020 1:29 PM
**To:** Group < Group@zionsbancorp.com>
**Cc:** @zionsbancorp.com>
**Subject:** Finish Armor, LLC Daniel D Stonebarger VBC

= = = = REFERRAL FORM = = = =

Employee_Involved : No

Fraud_Involved : Yes

Division_Affected : VBC

= = = SUBJECT INFORMATION = = =

= = Subject 1 = =

Company_Name_1 : Finish Armor, LLC

First_Name_1 : Daniel

Middle_Name_1 : D

Last_Name_1 : Stonebarger

Street_1 : 9459 S University Blvd, Suite # 807



FOIA CONFIDENTIAL
SAR CONFIDENTIAL

City_1 : Highlands Ranch

State_1 : CO

Zip_1 : 80126

Home_Phone_1 : 3032468641

Business_Phone_1 : 3032468641

Birth_Date_1 : 1972

SSN_EIN_1 : 4230

Occupation_Type_Biz_1 : Paint and Coating Manufacturing

Gender_1 : Male

ID_Type_1 : Unknown

ID_Type_Other_1 :

ID_Issuer_1 :

ID_Issuer_Other_1 :

ID_Number_1 :

Physical_Description1 : Unknown - all communication has been done via email or phone. Personal address i: 11020 Timber Ridge Lane, Highlands Ranch, CO 80130.

Relationship_with_bank_1 : No

Relationship_Type_Deposit_Accounts_1 :

Relationship_Type_Loans_1 :

Relationship_Type_Bankcards_1 :

Relationship_Type_Other_1 :

Relationship_Type_Other_Desc_1 :

Affiliated_Businesses_1 : Finish Armor, LLC - PPP Application

= = = UNUSUAL ACTIVITY = = =

Acct_Affected_No_1 :

Acct_Affected_Type_1 :

Acct_Affected_Other_1 :

Acct_Open_Date_1 : //

Acct_Close_Date_1 : //

Acct_Affected_No_2 :

Acct_Affected_Type_2 :

Acct_Affected_Other_2 :

Acct_Open_Date_2 : //

Acct_Close_Date_2 : //



FOIA CONFIDENTIAL
SAR CONFIDENTIAL

Acct_Affected_No_3 :

Acct_Affected_Type_3 :

Acct_Affected_Other_3 :

Acct_Open_Date_3 : //

Acct_Close_Date_3 : //

Date_of_Activity_Start : 06/05/2020

Date_of_Activity_End : 07/08/2020

Approx_Time_of_Activity : :

Approx_Time_of_Activity_am_pm :

Total_Transaction_Amount : 817,978.00

Amount_in_Currency :

Amount_in_Currency_Cash_In : No

Cash_In_100s :

Cash_In_50s :

Cash_In_20s :

Cash_In_10s :

Cash_In_5s :

Cash_In_2s :

Cash_In_1s :

Amount_in_Currency_Cash_Out : Yes

Cash_Out_100s :

Cash_Out_50s :

Cash_Out_20s :

Cash_Out_10s :

Cash_Out_5s :

Cash_Out_2s :

Cash_Out_1s :

Type_of_Instrument_Cash : No

Type_of_Instrument_Checks : No

Type_of_Instrument_Official_Check : No

Type_of_Instrument_MO : No

Type_of_Instrument_Travelers_Checks : No

Type_of_Instrument_Wires : No



FOIA CONFIDENTIAL
SAR CONFIDENTIAL

Type_of_Instrument_ACH : No

Type_of_Instrument_Foreign : No

Type_of_Instrument_Debit_Card : No

Type_of_Instrument_ATM_Card : No

Type_of_Instrument_Credit_Card : No

Type_of_Instrument_Loan : No

Type_of_Instrument_Other : No

Type_of_Instrument_Other_Desc :

Description_of_Unusual_Activity : Applicant of PPP loan (2 applications) requesting $817,978 in PPP funds and to set up new deposit account. Suspect stated he opened in 12/2019 but SOS registration is 4/2020 and is reporting annual revenues of $8,000,000. The business address is a UPS store and the personal residence is owned by another individual and does not indicate it's a rental property. Suspect's claims of business need for PPP and busines history indicate ineligibility and attempted fraud.

Isolated_Incident : Yes

Isolated_Incident_Explain :

Corroborative_Statement : Yes

Corroborative_Statement_Explain : Account officer requested utility statements and lease agreements to support personal and business addresses. Suspect has also refused to provide additional details supporting business revenue and PPP documentation, stating on 7/8 that he will try and move the application through a different application source.

= = = SUBMITTER INFORMATION = = =

Branch_Dept_Name : BDO Admin

Cost_Center : 1422

Witness_Prepared_By : M H

Title : Business Development Officer

Branch_Dept_Phone : 3038185720

Date_Submitted : 07/08/2020

= = = SUPPORTING DOCUMENTATION = = =

Supporting_Documentation_Attached : No



FOIA CONFIDENTIAL
SAR CONFIDENTIAL