**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

---

Courtroom Deputy:  Cathy Pearson                            Date:  May 26, 2022
Court Reporter:  Tammy Hoffschildt                          Interpreter:  n/a
Probation:  Meaghan Mills

---

**CASE NO.  21-cr-00392-RM**

<u>Parties</u>                                                       <u>Counsel</u>

UNITED STATES OF AMERICA,                                   Martha Paluch
                                                            Sarah Weiss
        Plaintiff,

v.

1.  DANIEL STONEBARGER,                                     Daniel Perlman

        Defendant.

---

**COURTROOM MINUTES**

---

**SENTENCING HEARING
COURT IN SESSION:        3:00 p.m.**

Appearances of counsel.  Defendant is present and on bond.

Defendant entered his plea on January 27, 2022, to Count 1 of the Information.  The Court formally accepts the Plea Agreement at this hearing.

Discussion held regarding pending motions, objections, sentencing guideline calculations, restitution.

**ORDERED:**   Government's Motion to Grant the Defendant an Additional One-Level Decrease Pursuant to U.S.S.G. § 3E1.1(b) (Doc. 33) is GRANTED.

Argument given regarding sentencing.

Defendant addresses the Court.

Statement by the Court regarding the defendant's offense level, criminal history level, and sentencing guideline range.

The Court states its findings and conclusions.

The Court takes a brief recess to confer with Ms. Mills about restitution.

**Court in recess:     4:28 p.m.**
**Court in session:   4:32 p.m.**

The Court states the restitution and civil money judgment amounts.

**ORDERED:**  Defendant's motion (Doc. 41) is DENIED.

**ORDERED:**  Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, DANIEL STONEBARGER, is hereby committed to the custody of the Bureau of Prisons to be **imprisoned** for a term of **41 months.**

The Court RECOMMENDS that the Bureau of Prisons place the defendant at a facility located in or near South Dakota, and that he be allowed to participate in RDAP.

**ORDERED:**  Upon release from imprisonment, the defendant shall be placed on **supervised release** for a period of **three (3) years.**

**ORDERED:**  While on supervised release, the defendant shall comply with all mandatory conditions of supervised release as required by law, all standard conditions of supervised release as required by this Court, and the special conditions of supervised release as stated on the record.

**ORDERED:**  Defendant shall pay **$100** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**  **No fine** is imposed, because the defendant has no ability to pay a fine.

**ORDERED:**  Defendant shall make **restitution** in the amount of **$822,604.08 as stated on the record.  Interest on the restitution order is waived.**

**ORDERED:**  Judgment shall be entered in the amount of $882,794.50.  The defendant shall receive credit for the following:  $548,861.29, which was seized from bank account ending in 6774; the value of the 2016 Land Rover Range Rover; and $74,900, which are funds paid by the defendant's father.

Defendant is advised of his right to appeal the sentence imposed by the Court.

**ORDERED:**  Any notice of appeal must be filed within 14 days.

**ORDERED**:  Bond is continued.

**ORDERED:**  The defendant shall voluntarily surrender and report to the institution designated by the Bureau of Prisons within 15 days from the date of designation.

**Court in recess:**      **4:53 p.m.**
Hearing concluded.
Total time:              1:49