**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | ¢ |

Postmark Here

Sent To  U.S. Department of State
CA/PPT/A
Street & A or PO Bo  44132 Mercure Circle
City, State  P.O. Box 1243
Sterling, VA  20166-1243

PS Form 3
tions