

**USPS TRACKING #**

9590 9402 5398 9189 3577 02

United States Postal Service

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 28 2022

JEFFREY P. COLWELL
CLERK

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

United States District Court
District of Colorado
901 19th Street, Room A105
Denver, CO 80294

21-cr-00392-Rm
Stonebarger

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by *(Printed Name)*: NOOR    C. Date of Delivery: 6/22/22 |
| 1. Article Addressed to:<br><br>U.S. Department of State<br>CA/PPT/A<br>44132 Mercure Circle<br>P.O. Box 1243<br>Sterling, VA  20166-1243 | D. Is delivery address different from item 1? ☐ Yes   ☐ No<br>If YES, enter delivery address below: |
| 9590 9402 5398 9189 3577 02 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Mail Restricted Delivery<br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number *(Transfer from service label)*<br>7014 3490 0001 5489 2133 | |

PS Form **3811**, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt